**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
Email: dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
ANGELA M. MACHALA (State Bar No. 224496)
Email: amachala@scheperkim.com
AMOS A. LOWDER (State Bar No. 269362)
Email: alowder@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendants Los Angeles**
**Police Protective League and Tyler Izen**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. MULLIGAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES NICHOLS, an individual;<br>JOHN MILLER, an individual; THE<br>CITY OF LOS ANGELES, an entity;<br>TYLER IZEN, an individual; LOS<br>ANGELES POLICE PROTECTIVE<br>LEAGUE, a corporation, and DOES 1-<br>10, Inclusive,<br><br>Defendants. | CASE NO. 2:13cv00836-RGK (VBKx)<br><br>[PROPOSED] JUDGMENT<br><br>Judge: Hon. R. Gary Klausner<br>Date:   December 9, 2013<br>Time:  9:00 a.m.<br>Ctrm.: 850<br><br>[Filed concurrently herewith: Notice of<br>Motion and Motion for Summary<br>Judgment; Statement of Uncontroverted<br>Facts and Conclusions of Law; Request<br>for Judicial Notice; T. Izen Decl.; C.<br>Brente Decl.; A. Maurer Decl.; A.<br>Lowder Decl.; and D. Haley Decl.]<br><br>Action Filed:      02/06/2013<br>Trial Date:        01/21/2014 |

CASE NO. 2:13cv00836-RGK (VBKx)

**[PROPOSED] JUDGMENT**

For good cause showing, the Court enters judgment in favor of defendants the Los Angeles Police Protective League and its president, Tyler Izen (collectively "LAPPL") Plaintiff Brian Mulligan's Sixth Cause of Action on the grounds that:

1. Plaintiff has not raised a genuine issue of fact with respect to LAPPL's right under the First Amendment to the United States Constitution to issue the press release and disclose the recording.

2. Plaintiff has not raised a genuine issue of fact with respect to LAPPL's right under the First Amendment to the United States Constitution to disclose the recording – a public record.

3. Plaintiff has not raised a genuine issue of fact with respect to LAPPL's alleged conspiracy or joint action with any state actor under Section 1983 of Title 42 of the United States Code.

4. Plaintiff has not raised a genuine issue of fact with respect to a compensable injury under Section 1983 of Title 42 of the United States Code.

**IT IS SO ORDERED**

DATED: _01.30.2014_

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT COURT